| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 10/20/11 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 9:50 a.m. |
| | | END TIME: | 10:25 a.m. |
| DOCKET NO. | CV-11-4331 | JUDGE: | DLI |

CASE NAME:   Delianides v. Arnold Sales Company, Inc.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Initial

APPEARANCES:   Plaintiff   Katherine Harrison
               Defendant   James Stricker

SCHEDULING AND RULINGS:

1. Consistent with Judge Irizarry's direction, expedited discovery is to be conducted. The parties shall respond in writing to each other's discovery requests no later than November 18, 2011; any motions to compel with respect to those discovery requests are to be made by letter by December 5, 2011; opposition to any such motions is to be filed by December 12, 2011; argument concerning the motions will be held at the conference scheduled below.

2. The plaintiff shall supplement his initial disclosures concerning damages, as discussed at today's conference, by November 3, 2011.

3. The parties may conduct depositions as they wish. A deadline for completing depositions will be addressed at the next conference.

4. The next conference will be held in person on **December 16, 2011 at 11:00 a.m.**