PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

January 11, 2012

<u>By ECF filing</u>

Honorable Viktor V. Pohorelsky
United States District Magistrate Judge
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>Angelo Delianides v. Arnold Sales Company Inc., CV 11-4331 (DLI) (VVP)</u>

Your Honor:

       We represent Plaintiff Angelo Delianides in the above-referenced action. At the December 22, 2011 discovery conference, the parties raised with the Court Defendant Arnold Sales Company, Inc.'s Motion to Compel with respect to its Document Request No. 18 ("All documents concerning any effort by Delianides after August 5, 2011 to prevent payment on any checks issued by Delianides to Arnold, including but not limited to all documents concerning any effort to stop payment on check number 446, dated July 26, 2011"), and Plaintiff's continuing objection to such request as seeking irrelevant post-termination material. With respect to specific bank statements responsive to that request, you directed Plaintiff either to submit those bank statements to the Court for an in camera review or produce them to Defendant. We write to inform the Court that Plaintiff will produce such bank statements to Defendant today. While we continue to believe the documents are irrelevant to the case, we do not wish to take up the Court's time with an in camera review of those documents.

                                                                      Respectfully submitted,

                                                                       Katherine B. Harrison

cc:  James J. Stricker, Esq.