KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
James J. Stricker (jstricker@kasowitz.com)
Natasha Romagnoli (nromagnoli@kasowitz.com)
1633 Broadway
New York, New York 10019
(212) 506-1700
*Counsel to Defendant Arnold Sales Company, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGELO DELIANIDES,<br><br>        Plaintiff,<br><br>against<br><br>ARNOLD SALES COMPANY, INC.,<br><br>        Defendant. | Civil Action No. 11 Civ. 4331 (DLI)<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of James J. Stricker, and exhibits annexed thereto, Defendant Arnold Sales Company, by and through its counsel, Kasowitz, Benson, Torres & Friedman LLP, will move this Court, before the Honorable Dora Irizarry, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Fourth Cause of Action for Interference With Actual and Potential Economic Advantage, with prejudice, and for such other and further relief as is just and proper; and

1

Dated: January 20, 2012

                                          Respectfully submitted,

                                          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                          By: _____
                                                 James J. Stricker, Esq.

                                          *Attorneys for Defendant*
                                          *Arnold Sales Company, Inc.*

TO:    Katherine B. Harrison, Esq.
          Paduano & Weintraub LLP
          1251 Avenue of the Americas, Suite 920
          New York, New York 10020
          *Attorneys for Plaintiff Angelo Delianides*